MICHAEL L. TRACY, ESQ., SBN 237779
MTRACY@MICHAELTRACYLAW.COM
MEGAN ROSS HUTCHINS, ESQ., SBN 227776
MHUTCHINS@MICHAELTRACYLAW.COM
LAW OFFICES OF MICHAEL TRACY
2030 Main Street, Suite 1300
Irvine, CA  92614
T: (949) 260-9171
F: (866) 365-3051

Attorneys for Plaintiff CHRISTINA GOMEZ

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| CHRISTINA GOMEZ, an individual<br><br>Plaintiff,<br><br>vs.<br><br>HAIR RESTORATION OF CALIFORNIA INC., A CALIFORNIA CORPORATION; JOHAN SIMANTOUB, AN INDIVIDUAL; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:10-cv-05933-DMG -E<br><br>**ORDER RE FOR DISMISSAL WITH PREJUDICE [12] [JS-6]** |

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), this action and all claims asserted in it are dismissed with prejudice.

IT IS SO ORDERED.

DATED: January 14, 2011

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-